STATE BOARD OF MORTICIANS V. FRANK G. CORTEZ

No. A-6579. Decided December 11, 1957.
(308 S.W. 2d Series 12.)

*Allen Melton, Geo. M. Elliott,* both of Dallas, *John G. Murray,* Assistant Criminal District Attorney, of San Antonio, for petitioner.

*Alter & Waddell, Henry Castillo,* both of San Antonio, for respondent.

PER CURIAM:

No motion for rehearing was filed in the Court of Civil Appeals, and this application for writ of error is therefore DISMISSED FOR WANT OF JURISDICTION. Rule 469(c), Texas Rules of Civil Procedure; East Texas Motor Freight Lines v.

Loftis, 148 Texas 242, 223 S.W. 2d 613; Harris v. Windsor, 156 Texas 324, 294 S.W. 2d 798.

Opinion delivered December 11, 1957.